**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MILLER MANUFACTURING COMPANY,
Plaintiff,

v.

Civil No. 98-40 (DWF/AJB)

FARNAM COMPANIES, INC.,
Defendant.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

FARNAM COMPANIES, INC.,
Plaintiff,

v.

Civil No. 00-172 (RHK/JMM)

MILLER MANUFACTURING COMPANY,
Defendant.

Case No. 98-40 having been assigned to Judge Donovan W. Frank and Case No. 00-172 having later been assigned to Judge Richard H. Kyle, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-172 be assigned to Judge Donovan W. Frank, nunc pro tunc, by use of a card on the Patent List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: January 25th, 2000

DONOVAN W. FRANK
Judge of United States District Court

Dated: January 26, 2000

RICHARD H. KYLE
Judge of United States District Court

FILED JAN 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________