**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MILLER MANUFACTURING COMPANY,

Plaintiff,

v. Civil No. 98-40 (DWF/AJB)

FARNAM COMPANIES, INC.,

Defendant.

---

FARNAM COMPANIES, INC.,
ANTHONY N. RUSSO,

**ORDER FOR CONSOLIDATION**

Plaintiffs,

v. Civil No. 99-1545 (DWF/AJB)

MILLER MANUFACTURING COMPANY,

Defendant.

---

FARNAM COMPANIES, INC.,

Plaintiff,

v. Civil No. 00-172 (DWF/AJB)

MILLER MANUFACTURING COMPANY,

Defendant.

Filed APR 21 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Based upon a request by all counsel in the above-entitled matters to consolidate the above three cases, the Court hereby enters the following:

**ORDER**

1. Case numbers 99-1545 and 00-172 shall hereby be consolidated under case number 98-40 and case numbers 99-1545 and 00-172 shall be dismissed. Any documents filed in 99-1545 and 00-172 shall be copied and docketed in case number 98-40.

2. The parties' request to amend pleadings to make case number 98-40 whole is hereby **GRANTED** and counsel for Miller Manufacturing will initiate the process by filing and serving an Amended Complaint to include the pleadings of all three cases to be docketed in case number 98-40.

3. The Pretrial Scheduling Order docketed in case number 99-1545 on January 25, 2000, by Magistrate Judge Arthur J. Boylan, shall govern this action as it goes forward under case number 98-40.

4. A copy of this Order shall be placed in each of the above files.

Dated: April 21, 2000

DONOVAN W. FRANK
Judge of United States District Court