UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MILLER MANUFACTURING COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FARNAM COMPANIES, INC.<br><br>Defendant,<br><br>FARNAM COMPANIES, INC.<br><br>Counter–claimant,<br><br>vs.<br><br>MILLER MANUFACTURING COMPANY,<br><br>Counter–Defendant. | Case No. 98–40 DWF/AJB<br><br>Case No. 99-1545 DWF/AJB<br>Case No. 00-172 DWF/AJB |

**STIPULATION AND ORDER TO CONSOLIDATE RELATED CASES**

The parties stipulate to consolidate Case No. 98-40 DWF/AJB, Case No. 99-1545 DWF/AJB, and Case No. 00-172 DWF/AJB. The three cases involve the same parties and similar issues and therefore should be consolidated under Case No. 98-40, which is the original action between these parties. This matter was discussed and agreed upon at a Pretrial Conference before the Honorable Magistrate Judge Arthur J. Boylan on January 24, 2000.

FILED APR 24 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

FARNAM COMPANIES, INC.

By: ______________________

Ray K. Harris, Esq.
FENNEMORE CRAIG
3003 North Central Avenue
Suite 2600
Phoenix, AZ 58012

David C. Forsberg, Esq. (#30983)
Eric J. Rucker, Esq. (#240552)
BRIGGS AND MORGAN, P.A.
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

MILLER MANUFACTURING COMPANY

By: ______________________

David K. Tellekson, Esq. (#173836)
Matthew J. Goggin (#210705)
Gregory M. Ansems, Esq. (#266450)
MERCHANT & GOULD
3100 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-4131
Telephone: (612) 332-5300

Apr. 24, 2000
Dated

______________________
Donovan W. Frank
Judge of United States District Court